UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIPU JULIUS SULUAI,<br><br>      Plaintiff,<br><br>  v.<br><br>JUAN JOSPEH MUNA, et al.,<br><br>      Defendants. | Case No. C18-1120 RSL-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This case is **dismissed without prejudice for failure to state a claim.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

Dated this 25th day of September, 2018.

              */s/ Robert S. Lasnik*
              ROBERT S. LASNIK
              United States District Judge

ORDER OF DISMISSAL - 1